NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT A. DUBSKY,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5123

---

Appeal from the United States Court of Federal Claims in case no. 05-CV-397, Judge Thomas C. Wheeler.

---

## ON MOTION

---

## ORDER

Robert A. Dubsky moves without opposition for a 30-day extension of time, until August 17, 2012, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 0 7 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Edward A. Zimmerman, Esq.
     Douglas K. Mickle, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 7 2012

JAN HORBALY
CLERK